IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICHARD H. HANSON                                                                PLAINTIFF

VS.                                              CASE NO. 07-CV-1066

JOHN SELIG, Director,
Department of Human Services;
JONI JONES, Director,
Division of County Operations; and
DEPARTMENT OF HUMAN SERVICES                                         DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendants John Selig, Joni Jones and the Department of Human Services. (Doc. No. 19). Plaintiff Richard H. Hanson has responded to the motion. (Doc. No. 29). Defendants filed a reply to Plaintiff's response. (Doc. No. 30). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Richard H. Hanson's Title VII claims against Defendants John Selig, Joni Jones and the Department of Human Services are hereby **dismissed** with prejudice. Plaintiff Richard H. Hanson's claims pursuant to 42 U.S.C. §§ 1983, 1986, and 1988 are hereby **dismissed** without prejudice.

IT IS SO ORDERED, this 9th day of February, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge